**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

POSSIS MEDICAL, INC.,
a Minnesota corporation,

Plaintiff,

v.

HORIZON MEDICAL PRODUCTS, INC.,
a Georgia corporation,

Defendant.

Court File Numbers: 00-2715 RHK/JMM
and 01-641 RHK/JMM

**STIPULATION AND ORDER FOR DISMISSAL**

---

WHEREAS, all parties to the two actions referenced above have reached an agreement to settle these matters pursuant to the signed Settlement Agreement attached hereto; and

WHEREAS, one of the conditions of that agreement is that both actions be dismissed with prejudice;

WHEREAS, these actions were consolidated pursuant to an Order entered April 26, 2001; and

NOW THEREFORE, the parties hereto, through their undersigned counsel, stipulate and agree as follows:

1. Both Actions referenced above, files numbers 00-CV-2715 (RHK/JMM) and 01-CV-641 (RHK/JMM), are hereby DISMISSED with prejudice. Each party shall be responsible for its own costs.

FILED JUN 13 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

Dated: June 11, 2001

**MANSFIELD, TANICK & COHEN, P.A.**

By: ______________________

Seymour J. Mansfield (67271)
Richard J. Fuller (32669)
V. John Ella (249282)
1560 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3383
(612) 339-4295

**ATTORNEYS FOR PLAINTIFF POSSIS MEDICAL, INC.**

Dated: June 11, 2001

**FAEGRE & BENSON, LLP**

By: ______________________

John Edward Connelly (237656)
Deborah A. Ellingboe (26216X)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3383
(612) 766-7000

**ATTORNEYS FOR DEFENDANT HORIZON MEDICAL**

**IT IS SO ORDERED**

Dated 6/13 2001

RICHARD H. KYLE
United States District Judge

264623.1